Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−13881−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Fred A. Harker  
14 Rebecca Court  
Ewing, NJ 08628  

Carol J. Harker  
14 Rebecca Court  
Ewing, NJ 08628  

Social Security No.:
   xxx−xx−2804                                        xxx−xx−4370

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/22/20 at 09:00 AM

to consider and act upon the following:

*29* – Creditor's Certification of Default (related document:23 Motion for Relief from Stay re: 14 Rebecca Court, Ewing Township NJ 08628. Fee Amount $ 181. filed by Creditor LAKEVIEW LOAN SERVICING, LLC, 26 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of LAKEVIEW LOAN SERVICING, LLC. Objection deadline is 07/7/2020. (Attachments: # 1 Exhibit Agreed Order # 2 Exhibit Certificate Re: Post−Petition Payment History # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 7/8/20

Jeanne Naughton  
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Fred A. Harker  
Carol J. Harker  
      Debtors

Case No. 19-13881-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 08, 2020  
                   Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2020.  
db/jdb         +Fred A. Harker,    Carol J. Harker,    14 Rebecca Court,    Ewing, NJ 08628-3339

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2020 at the address(es) listed below:
       Albert   Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Frank J Martone    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bky@martonelaw.com  
       Kevin C. Fayette    on behalf of Joint Debtor Carol J. Harker kfayette@kevinfayette.com  
       Kevin C. Fayette    on behalf of Debtor Fred A. Harker kfayette@kevinfayette.com  
       Kevin Gordon McDonald    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                TOTAL: 7