---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
Martone and Uhlmann, P.C.
777 Passaic Avenue
Clifton, NJ 07012
(973) 473-3000
bky@martonelaw.com
Attorneys for Secured Creditor/Servicing Agent
PNC MORTGAGE
36.7455

In re:

Fred A. Harker and Carol J. Harker

---

Order Filed on April 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-13881

Judge: Hon. Michael B. Kaplan

Chapter 13

---

**CONSENT ORDER RESOLVING THE MOTION FOR RELIEF FILED BY PNC MORTGAGE AS TO THE PROPERTY LOCATED AT AS 171 BUTTONWOOD, EWING, NEW JERSEY 08638**
**(REAL PROPERTY)**

The relief set forth on the following pages numbered two through three is hereby

ORDERED

**DATED: April 19, 2021**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

(Page 2)
Debtor:             Fred A. Harker and Carol J. Harker
Case No.:           19-3881
Caption of Order:   CONSENT ORDER RESOLVING THE MOTION FOR RELIEF FILED BY PNC MORTGAGE AS TO THE PROPERTY LOCATED AT 24 NUNDA AVENUE, JERSEY CITY, NJ 07304

---

This matter being opened to the Court by MARTONE AND UHLMANN, P.C., attorneys for the Secured Creditor, PNC Mortgage, upon the filing of an Motion for Relief with regards to the property located at 171 Buttonwood for failure to state the correct amount of arrears owed to Secured Creditor and the correct amount of the total claim of the Secured Creditor and the objection having been given by mail to the Chapter 13 Standing Trustee, the Debtor and the attorney for the Debtor, and for good cause shown, it is

1. ORDERED that the Debtor shall cure arrears due to the Secured Creditor/Servicing Agent in the amount of $2,332.26

    a. Said total consists of six (6) post-petition payments from October 16, 2020 through March 16, 2021 in the total amount of $2,332.26.

    as follows:
    The Debtor will make an initial payment in the amount of $1,000.00 within ten days of the entry of this order.

    The Debtor will make five (5) stipulated payments in the amount of $222.04 the following dates: March 20, 2021;;April 20, 2021; May 20, 2021; June 20, 2021; and July 20, 2021; and a final stipulated payment in the amount of $222.06 to be sent directly to the Creditor by August 20, 2021 at the address below:

    PNC BANK NATIONAL ASSOCIATION
    P.O. Box 94982
    Cleveland, OH 44101

2. ORDERED that commencing April 16, 2021, the Debtor shall remit the regular monthly mortgage payment under the terms of the Note signed by the Debtor;

3. ORDERED that if the Debtor should default and fail to make any of the aforesaid payments on the due date or any future payments outside of the plan to the secured creditor, for more than **thirty (30)** days from the due date, then this Court will enter an Order Vacating the Automatic Stay of the Bankruptcy Code with respect to the Secured Creditor's lien, upon Certification by the Secured Creditor's attorney as to the non-receipt of said payment. Said Order will not require the consent of the Debtor regarding form or substance, but a copy of the Order will be transmitted to the Debtor via ordinary mail and to the Debtor's attorney via e-mail at the time of the transmittal of said Order to the Court for signature; and it is further

4. ORDERED that the 14-day stay under Rule 4001(a)(3) is hereby waived by Debtor.

5. ORDERED that the movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

*The undersigned hereby consent to the
form and entry of the within Order:*

**LAW OFFICE OF KEVIN FAYETTE, LLC..**
*Attorneys for Debtor*

By: *[signature]*
Kevin Fayette, Esq.
Dated: 4/6/21

**Martone and Uhlmann, P.C.**
*Attorneys for Secured Creditor*

By: *[signature]*
Christian Del Toro, Esq.
Dated: 4-8-2021