Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−13881−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Fred A. Harker
14 Rebecca Court
Ewing, NJ 08628

Carol J. Harker
14 Rebecca Court
Ewing, NJ 08628

Social Security No.:
xxx−xx−2804

xxx−xx−4370

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/14/21 at 09:00 AM

to consider and act upon the following:

*42* − Creditor's Certification of Default (related document:23 Motion for Relief from Stay re: 14 Rebecca Court, Ewing Township NJ 08628. Fee Amount $ 181. filed by Creditor LAKEVIEW LOAN SERVICING, LLC, 29 Creditor's Certification of Default filed by Creditor LAKEVIEW LOAN SERVICING, LLC, 34 Order (Generic)) filed by Denise E. Carlon on behalf of LAKEVIEW LOAN SERVICING, LLC. Objection deadline is 06/22/2021. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 6/21/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court